

# Fourth Court of Appeals
## San Antonio, Texas

June 27, 2014

No. 04-00-00296-CR

Edward M. **JOHNSON**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 1998-CR-6320
Honorable Mark Luitjen, Judge Presiding

# O R D E R

Sitting:     Catherine Stone, Chief Justice
           Sandee Bryan Marion, Justice
           Luz Elena D. Chapa, Justice

On June 13, 2001, this court dismissed this appeal for want of jurisdiction. The Texas Court of Criminal Appeals later refused appellant's petition for review, and our mandate issued on December 31, 2001. On February 27, 2014, this court denied appellant's motion to reform the judgment. Appellant has now filed two pro se motions: (1) a Motion to Correct and Amend Inaccuracies in the Court Clerk's Record of the Judgment Adjudicating Guilt, Document 'July 12, 2004'" and (2) a Motion to Correct and Amend Inaccuracies in the Reporter's Clerk's Record Volume 2, March 29, 2000."

Both motions are DENIED.

It is so **ORDERED** on the 27th day of June, 2014.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court